UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES OUTLEY II,<br><br>    Plaintiff,<br><br>    v.<br><br>TURNER CONTRACTING, INC., A INDIANA CORPORATION,<br><br>    Defendant. | Case No. 17-CV-03465-LHK<br><br>**JUDGMENT** |

On November 19, 2018, the Court granted the motion for final approval of class action settlement and granted-in-part and denied-in-part the motion for attorneys' fees and expenses. ECF No. 68. Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-03465-LHK
JUDGMENT